DEDRICK C. PAPE, Respondent, *v.* J. J. HOBBS, Appellant.

*Discovery and inspection — order too broad and containing preclusion clause modified.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office May 17, 1923, permitting the plaintiff to inspect books of account and vouchers and other documents containing information showing the items of cost of coal sold to Brazilian and other South American customers from July 10, 1918, to October, 1919, inclusive, and to permit the making of copies thereof, and also from that part of the order which provides: " Further ordered, that the defendant be and hereby is precluded from giving evidence upon the trial herein of any items of cost or expense of coal sold to Brazilian and other South American customers, from July 10, 1918, to October, 1919, inclusive, except such items of cost or expense as may appear in the books, vouchers or other documents as defendant may produce as aforesaid."

PER CURIAM: The respondent admits that the order is too broad, and should be confined to such books, papers and other documents as show the cost of the coal to Lloyd Brasileiro and to the Ministerio de Marinha, and he also concedes that the order of preclusion is improperly placed in this order and should not be made until after the failure of the defendant to allow the inspection. An offer was made by the plaintiff to allow this modification in these two particulars, which was refused. The order should be modified as above stated, and as modified affirmed, without costs to either party. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ. Order modified as indicated in opinion, and as so modified affirmed, without costs to either party. Settle order on notice.

---

BENJAMIN FRANK WOOD, Respondent, *v.* PETER C. GALLAGHER, Appellant.

*Judgments — opening default — condition in order opening default in answering that case be set down for trial on day certain — no answer or notice of trial served or note of issue filed — condition improperly imposed.*

Appeal from so much of an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on May 17, 1923, as sets this case down on the day calendar for trial June 4, 1923.

PER CURIAM: The Special Term made an order opening a default in answering and set the case down for trial on June 4, 1923, without the answer having been served, before any notice of trial was given or note of issue filed. It is apparent that no authority exists for imposing this direction as a condition of opening the default, and the provision in the order in so far as it sets the case for trial for June fourth should be struck out and as modified the order should be affirmed, with ten dollars costs and disbursements to the appellant. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ. Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant.